# Edward L. Timmons, Appellant, *v.* Irene L. Shumaker, Respondent.

Argued October 8, 1952; decided October 16, 1952.

*Joseph R. Shaughnessy* for appellant.

*Edgar Hills* and *Elbert W. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, against CHRISTOPHER WEST et al., Appellants.

Argued October 7, 1952; decided October 16, 1952.